**Order entered May 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00744-CV

**U.S. BANK, NA. SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2004-HW11, ASSET-BACKED CERTIFICATES SERIES 2004-HE11, BY AND THROUGH ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., Appellant**

**V.**

**LUCILA M. SAAVEDRA AND JOSE MANUEL SAAVEDRA, Appellees**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-12077**

## ORDER

Before the Court is the parties' May 10, 2019 joint notice of settlement and motion to stay briefing schedule. We **GRANT** the motion **to the extent** that we **ORDER** either appellees file their brief on the merits or the parties file a motion to dismiss by **June 17, 2019**.

/s/     ERIN A. NOWELL
          JUSTICE